UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:　Hubert Jerome Riley　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. ___

Debtor.

## Chapter 13 Plan

Address:　　Debtor　840 Schilling Farms Rd. # 202, Collierville, TN 38017

Plan Payment:

Debtor Shall Pay: $ 190.00   Every Two Weeks
　Or by: ( X )Payroll Deduction   KIMCO Services, 3445 Peachtree Rd. # 1275, Atlanta, GA 30325

1. This Plan [Rule 3015.1 Notice]:

    (A) Contains a Non-standard Provision [See provision 19].　　　　　　　　　　　　(X) Yes　( ) No

    (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim　(X) Yes　( ) No
    [See provisions 7 and 8].

    (C) Avoids a Security Interest or Lien. [See provision 12].　　　　　　　　　　　( ) Yes　(X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:　　( ) Included in Plan　　Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:　( ) Debtor Directly　( ) Wage Assignment　　( ) Trustee To:　　Monthly Pmt.
　　　　　　　　　　　ongoing payment begins

5. Priority Claims:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Monthly Pmt.
　　　　　　　　　　　　　　　　　　　Amount

6. Home Mortgage Claims:　( ) Paid Directly by Debtor or ( ) Paid by Trustee To:　　Monthly Pmt.
　　　　　　　　　　　ongoing payment begins
　　　　　　　　　　　Approximate arrearage　　　　　Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmt. |
|---|---|---|---|
| GM Financial (2016 Hyundai Elantra) | $ 6,875.00 | 0.00% | $138.00 |
| World Finance (hhg) | $ 400.00 | 0.00% | $10.00 |

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

|  | Collateral |
|---|---|
|  |  |

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Navient (student loan) (partial) | $1,000.00 | 4.00% | $20.00 |
| Madison @ Schilling Farms (rent thru 12/31/2019) | $2,683.00 | 0.00% | $60.00 |

11. Student Loan Claims and Other Long Term Claims:

    Navient (balance)                              (X) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    Madison @ Schilling Farms                         X  Assume      ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the
    hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908          Date   December 11, 2019
    Debtor's Attorney's Signature

December 11, 2019

910 > June 14, 2017